Randy Sullivan (229326)
Randy@pattonsullivan.com
**PATTON & SULLIVAN LLP**
6600 Koll Center Parkway, Suite 250
Pleasanton, California 94566-8058
925-600-1800 Phone
925-600-1802 Fax

Attorneys for Plaintiffs
Ryan Cox and Blane Cox

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN COX, and BLANE COX<br><br>  Plaintiffs,<br><br>  v.<br><br>THE COUNTY OF ALAMEDA, a municipal corporation; the CITY OF DUBLIN, a municipal corporation; DEPUTY MARC G. DINIS; and DOES 1-10<br><br>  Defendant. | Case: 4:13-cv-4449-KAW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT.**<br><br>Magistrate Judge: Kandis A. Westmore<br><br>Action Filed: September 25, 2013 |

Plaintiffs Ryan Cox and Blane Cox's motion for administrative relief to remove Plaintiffs' summons to Defendant Deputy Marc G. Dinis, ECF Document 4, from the Court's file was submitted on October 7, 2013.

Having considered the motion and the supporting papers filed in support thereof, and good cause appearing therefore, the motion is HEREBY GRANTED.

1   IT IS HEREBY ORDERED that Plaintiffs' summons to Defendant Deputy
2 Marc G. Dinis, which was filed in this case as ECF Document 4, will be removed
3 from the ECF system.
4
5
6 Dated: 10/9/13
7
8                                                  _____
                                                   HONORABLE KANDIS A. WESTMORE