Randy Sullivan (229326)
Randy@pattonsullivan.com
**PATTON & SULLIVAN LLP**
6600 Koll Center Parkway, Suite 250
Pleasanton, California 94566-8058
925-600-1800 Phone
925-600-1802 Fax

Attorneys for Plaintiffs
Ryan Cox and Blane Cox

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN COX, and BLANE COX<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF ALAMEDA, a municipal corporation; the CITY OF DUBLIN, a municipal corporation; DEPUTY MARC G. DINIS; and DOES 1-10<br><br>Defendant. | Case:  C13-4449-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:  September 25, 2013<br><br>Trial Date:  February 9, 2015 |

   IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their attorneys of record, that the Case Management Conference currently scheduled for July 8, 2014 at 1:30 p.m., be continued until after the August 5, 2014 Settlement Conference.

   The parties respectfully request the continuance, because the case might be resolved at the Settlement Conference, and if not, the parties will have additional time to complete the

---

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1

initial phase of discovery issues, and pending meet and confer efforts on outstanding discovery.

The parties have met and conferred, and have agreed to **August 19, 2014 at 1:30 p.m.**, as the new date for the Case Management Conference.

The parties do not anticipate that the requested continuance will adversely affect any other aspect of the case schedule.

Dated: July 1, 2014        **PATTON & SULLIVAN LLP**

By: /s/Randy Sullivan
Randy Sullivan

Attorneys for Plaintiffs

Dated: July 1, 2014        **HAAPALA, THOMPSON & ABERN, LLP**

By: /s/Rebecca S. Widen
Rebecca S. Widen

Attorneys for Defendants

IT IS SO ORDERED that the Case Management Conference currently scheduled for July 8, 2014 be rescheduled to  August 19 , **2014, at 1:30 p.m.**, after the Mandatory Settlement Conference on August 5, 2014.

Dated: 7/2/14

_____
Magistrate Judge Kandis A. Westmore

STIPULATION AND [~~PROPOSED~~] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE

2