1  Randy Sullivan (229326)
2  Randy@pattonsullivan.com
   **PATTON & SULLIVAN LLP**
3  6600 Koll Center Parkway, Suite 250
   Pleasanton, California 94566-8058
4  925-600-1800 Phone
   925-600-1802 Fax
5
   Attorneys for Plaintiffs,
6  Ryan Cox and Blane Cox

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | RYAN COX, and BLANE COX, | Case:  4:13-cv-04449-KAW |
12 |                           |                           |
13 |        Plaintiffs,        |                           |
   |                           | **STIPULATION AND**       |
14 |        v.                 | [**PROPOSED**] **ORDER TO** |
   |                           | **CONTINUE EXPERT**       |
15 |                           | **DEADLINES AND CONTINUE** |
   | THE COUNTY OF ALAMEDA, a  | **THE CASE MANAGEMENT**   |
16 | municipal corporation; the CITY OF | **CONFERENCE**   |
   | DUBLIN, a municipal corporation;   |                   |
17 | DEPUTY MARC G. DINIS; and DOES | Complaint Filed:  September 25, 2013 |
18 | 1-10,                     |                           |
   |                           | Trial Date:  February 9, 2015 |
19 |        Defendants.        |                           |
20

21     IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES,
22
23 through their attorneys of record that:
        1.     The parties wish to continue the non-expert discovery by a week to
24
25 September 16, 2014, and continue the expert deadlines by four weeks.  However,

26 the parties wish to maintain all other deadlines, including, but not limited to, the

27 last day to hear a motion for summary judgment, the pretrial conference, and trial

28
                                                                              1
STIPULATION AND [PROPOSED] ORDER

1  date as set forth in the January 7, 2014, Case Management Conference and Order
2  for Jury Trial.
3      2.   The parties also respectfully request a continuance of the Case
4  Management Conference until after the August 27, 2014, Settlement Conference
5  scheduled with the Honorable Maria-Elena James.  The parties have met and
6  conferred, and have agreed to September 2, 2014, as the new Case Management
7  Conference date.
8      3.   The parties respectfully request the continuance because there is
9  currently pending an August 27, 2014, Settlement Conference scheduled with the
10 Honorable Maria-Elena James.  By continuing the expert deadlines the parties
11 will save substantial sums that can be applied towards a settlement of the matter,
12 thereby increasing the likelihood of settlement.
13     4.   The parties respectfully request that any modification of the expert
14 deadlines still maintain the current trial date, pretrial conference date, and the last
15 day to hear a motion for summary judgment.
16     5.   The parties respectfully request that the deadline to disclose experts
17 and expert reports be continued four weeks from September 9, 2014, to
18 October 7, 2014.
19     6.   The parties respectfully request that the last day to disclose rebuttal
20 experts and their reports be continued from September 23, 2014, to October 21,
21 2014.
22     7.   The parties respectfully request that the expert discovery cutoff,
23 including any testing or inspections be continued four weeks from
24 October 7, 2014, to November 4, 2014.
25 / / /
26 / / /
27 / / /
28

2

STIPULATION AND [PROPOSED] ORDER

Dated: August 14, 2014         **PATTON & SULLIVAN LLP**

By:  /s/Randy Sullivan
      Randy Sullivan

Attorneys for Plaintiffs

Dated: August 14, 2014         **HAAPALA, THOMPSON & ABERN, LLP**

By:  /s/Rebecca S. Widen
      Rebecca S. Widen

Attorneys for Defendants

## ORDER

Good cause appearing and based upon the foregoing Stipulation:

IT IS ORDERED that the Court shall modify the January 7, 2014, Case Management Conference and Order for Jury Trial, deadlines as follows:

1. The last day to complete all non-expert discovery shall be September 16, 2015.

2. The last day to disclose experts and expert reports shall be October 7, 2014.

3. The last day to disclose rebuttal experts and their reports shall be October 21, 2014.

4. The expert discovery cutoff, including any testing or inspections deadlines shall be continued to November 4, 2014.

/ / /

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER

3

5. It is further ordered that the Case Management Conference currently scheduled for August 19, 2014 be rescheduled to September 9, 2014, at 1:30 p.m., after the Mandatory Settlement Conference scheduled for August 27, 2014.

Dated: 8/15/14

Kandis A. Westmore
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER

4