Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8534
E-mail:  rwiden@htalaw.com

Attorneys for Defendants
COUNTY OF ALAMEDA, DEPUTY MARC G. DINIS,
and CITY OF DUBLIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| RYAN COX, and BLANE COX, | Case No.: C13-4449 KAW (MEJ) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE - FRCP 41(a)** |
| vs. | |
| THE COUNTY OF ALAMEDA, a municipal corporation; the CITY OF DUBLIN, a municipal corporation; DEPUTY MARC G. DINIS; and DOES 1-10, | |
| Defendants. | |

IT IS HEREBY STIPULATED between all Plaintiffs and all Defendants, by and through their counsel of record, that the above-captioned action should be dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated:  November 13, 2014         PATTON & SULLIVAN LLP

                                  By:_____
                                      Randy Sullivan
                                      Attorney for Plaintiffs

Dated:  November 13, 2014         HAAPALA, THOMPSON & ABERN, LLP

                                  By:   */s/ Rebecca S. Widen
                                      Rebecca S. Widen
                                      Attorneys for Defendants
                                  *Ms. Widen gave her consent to e-file this document

1
*Cox, et al. v. County of Alameda, et al./*Case #C13-4449 KAW
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE - FRCP 41(a)

## **ORDER**

The Court having considered the parties' stipulation for dismissal, this entire action is hereby dismissed with prejudice.

Dated: 11/14/14

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8534